```
                          United States Bankruptcy Court
                           Northern District of Ohio
In re:                                                          Case No. 12-14852-jps
Jenna M. Pollock                                                Chapter 7
         Debtor
                             CERTIFICATE OF NOTICE
District/off: 0647-1           User: klamu                 Page 1 of 2         Date Rcvd: May 17, 2013
                               Form ID: pdf853             Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 19, 2013.
db            #+Jenna M. Pollock,    2537 Delaware Street,    Wickliffe, OH 44092-1211
cr             +Capital One, N.A.,    Bass & Associates, P.C.,    3936 E. Ft. Lowell Road, Suite #200,
                 Tucson, AZ 85712-1083
cr             +Toyota Motor Credit Corporation,    9441 LBJ Freeway, Suite 250,    Dallas, TX 75243-4640

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/PDF: rmscedi@recoverycorp.com May 18 2013 05:14:53
                 Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
                                                                                               TOTAL: 1

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Third Federal Savings and Loan Association of Clev
                                                                                 TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 19, 2013**                     **Signature:** _Joseph Speetjens_

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 17, 2013 at the address(es) listed below:
          Claudia P. FitzGerald    on behalf of Debtor  Jenna M. Pollock ClaudiaFitz@earthlink.net,
           4fitzgeralds@earthlink.net
          Marvin A Sicherman    sicherman_trustee@dsb-law.com, msicherman@ecf.epiqsystems.com
          Patti H. Bass    on behalf of Creditor   Capital One, N.A. ecf@bass-associates.com
          Scott D. Fink    on behalf of Creditor   Third Federal Savings and Loan Association of Cleveland
           aka Third Federal Savings and Loan Association bronationalecf@weltman.com
          Stephen  Franks    on behalf of Creditor   Third Federal Savings and Loan Association of Cleveland
           aka Third Federal Savings and Loan Association bronationalecf@weltman.com,
           ecf.sfranks@weltman.com
                                                                                                       TOTAL: 5

IT IS SO ORDERED.

Dated:  16 May, 2013 04:07 PM



JESSICA E. PRICE SMITH
UNITED STATES BANKRUPTCY JUDGE

WWR # 9722231 Apr ndu SDF

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 12-14852 |
| | ) | |
| JENNA M. POLLOCK | ) | CHAPTER 7 |
| | ) | |
| DEBTOR | ) | JUDGE JESSICA E. PRICE SMITH |
| | ) | |
| | ) | ORDER GRANTING MOTION OF |
| | ) | THIRD FEDERAL SAVINGS AND LOAN ASSOCIATION OF CLEVELAND AKA THIRD FEDERAL SAVINGS AND LOAN ASSOCIATION |
| | ) | FOR RELIEF FROM STAY AND ABANDONMENT |
| | ) | |
| | ) | **2537 DELAWARE ST, WICKLIFFE, OH 44092** |

This matter came before the Court on the Motion for Relief From Stay and Abandonment (the "Motion") filed by Third Federal Savings and Loan Association of Cleveland aka Third Federal Savings and Loan Association ("Movant").  Movant has alleged that good cause for granting the Motion exists, and that Debtor, counsel for Debtor, the Chapter 7 Trustee, and all other parties were served with the Motion, with notice of the hearing date on the Motion.  No party filed a response or otherwise appeared in opposition to the Motion, or all responses have been withdrawn.  For these

reasons, it is appropriate to grant the relief requested.

IT IS, THEREFORE, ORDERED that the Motion is granted. The automatic stay imposed by § 362 of the Bankruptcy Code is terminated with respect to the Movant, its successors, and assigns.

IT IS FURTHER ORDERED that the Chapter 7 Trustee is authorized and directed to abandon the property: 2537 DELAWARE ST, WICKLIFFE, OH 44092.

# # #

SUBMITTED BY:

 /s/ Scott D. Fink
Scott D. Fink  (0069022)
Attorney for Third Federal Savings and Loan Association of Cleveland aka Third Federal Savings and Loan Association
Weltman, Weinberg & Reis Co., L.P.A.
323 W. Lakeside Avenue, Suite #200
Cleveland, OH  44113-1099
216-739-5644
ecfndoh@weltman.com

# SERVICE LIST

A true and correct copy of the foregoing Order on the Motion of Third Federal Savings and Loan Association of Cleveland aka Third Federal Savings and Loan Association for Relief from the Automatic Stay and Abandonment was via the Court's electronic case filing system on the following who are listed on the Court's Electronic Mail Notice List:

Scott D. Fink, Esq. on behalf of Third Federal Savings and Loan Association of Cleveland aka Third Federal Savings and Loan Association at ecfndoh@weltman.com

Claudia P. FitzGerald, Esq. on behalf of Jenna M. Pollock, debtor, at Claudiafitz@earthlink.net

OFFICE OF THE UNITED STATES TRUSTEE

Marvin A. Sicherman, Trustee on behalf of Chapter 7 Trustee's office at sicherman_trustee@dsb-law.com

and by regular U.S. Mail, postage prepaid, to:

Carl J. Pollock
8129 Edgewood
Mentor, OH 44060

JENNA M. POLLOCK
2537 Delaware Street
Wickliffe, OH 44092